**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00835-CV

**DAVID GERDES AND ECOATM, LLC, Appellants**

**V.**

**HYLA, INC., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01976**

## ORDER

Before the Court is appellant's agree motion to extend time to submit brief. We **GRANT**

the motion and **ORDER** the brief be filed no later than September 20, 2018.

/s/  DAVID EVANS
   JUSTICE